**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Keith Lamar Riddick<br>         Sheila Marie Sydnor-Riddick<br>                    <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 16-13644 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                Respectfully submitted,

                                <u>**/s/ Matteo S. Weiner, Esquire**</u>
                                Matteo S. Weiner, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322 FAX (215) 627-7734