**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-13644** |
| **Keith Lamar Riddick** | : | **Chapter 13** |
| **Sheila Marie Sydnor-Riddick** | : | **Judge Richard E. Fehling** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **U.S. Bank National Association, as** | : | **Date and Time of Hearing** |
| **Trustee for Citigroup Mortgage Loan** | : | **Place of Hearing** |
| **Trust 2007-WFHE2, Asset-Backed Pass-** | : | **July 20, 2017 at 9:30 a.m.** |
| **Through Certificates, Series 2007-** | : | |
| **WFHE2** | : | **400 Washington Street** |
| **Movant,** | : | **Reading, PA, 19601** |
| **vs** | : | |
| | : | **Related Document # 38** |
| **Keith Lamar Riddick** | : | |
| **Sheila Marie Sydnor-Riddick** | : | |
| | : | |
| **Frederick L. Reigle** | : | |
| **Respondents.** | : | |
| | : | |

## ORDER OF COURT

AND NOW, to wit, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.  The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.  Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

**Date: August 1, 2017**

_____
RICHARD E. FEHLING, JUDGE
UNITED STATES BANKRUPTCY COURT

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606 (notified by ecf)

Zachary Zawarski, Attorney for Debtor, The Law Office of Zachary Zawarski, 1441 Linden Street, Bethlehem, PA  18018 (notified by ecf)

Keith Lamar Riddick and Sheila Marie Sydnor-Riddick, Debtor, 1634 Silo Hill Lane, Breinigsville, PA 18031 (notified by regular US Mail)

Arrow Financial Services, LLC, Party of Interest, C/O Apothaker & Associates, P.C., 520 Fellowship Road C306, Mount Laurel, NJ  08054 (notified by regular US Mail)

Dell Financial Services, LLC, Party of Interest, 1 Dell Way, Round Rock, TX  78682 (notified by regular US Mail)

People's First Federal Credit Union, Party of Interest, 2141 Downyflake Lane, Allentown, PA 18103 (notified by regular US Mail)

Wells Fargo Home Mortgage, Party of Interest, 8480 Stagecoach Cir., Frederick, MD  21701 (notified by regular US Mail)