United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keith Lamar Riddick  
Sheila Marie Sydnor-Riddick  
    Debtors

Case No. 16-13644-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Angela      Page 1 of 1      Date Rcvd: Aug 25, 2017  
    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2017.  
db/jdb     +Keith Lamar Riddick,    Sheila Marie Sydnor-Riddick,    1634 Silo Hill Lane,    Breinigsville, PA 18031-1150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2017 at the address(es) listed below:  
    FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
    JAMES RANDOLPH WOOD    on behalf of Creditor    City of Allentown and Allentown School District and Public Asset Management, Inc., assignee of the Allentown School District  
     jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com  
    KARINA VELTER    on behalf of Creditor    US Bank NA amps@manleydeas.com  
    LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
    MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
    United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
    ZACHARY ZAWARSKI    on behalf of Debtor Keith Lamar Riddick zzawarski@zawarskilaw.com  
    ZACHARY ZAWARSKI    on behalf of Joint Debtor Sheila Marie Sydnor-Riddick  
     zzawarski@zawarskilaw.com  
    TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Keith Lamar Riddick<br>Sheila Marie Sydnor-Riddick<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　　　　　　　Movant<br>　　vs. | NO. 16-13644 REF |
| Keith Lamar Riddick<br>Sheila Marie Sydnor-Riddick<br>　　　　　　　　　　Debtor(s)<br>Bria Monyae Riddick<br>　　　　　　　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle<br>　　　　　　　　　　Trustee | |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay and Codebtor Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the papers filed in connection therewith, and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362 (d) and Section 1301, so as to permit Movant, or its successor or assignee, to exercise its rights, if any, in the 2014 TOYOTA CAMRY , VIN: 4T4BF1FK6ER378105  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

**Date: August 25, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list

Keith Lamar Riddick
1634 Silo Hill Lane
Breinigsville, PA 18031

Sheila Marie Sydnor-Riddick
1634 Silo Hill Lane
Breinigsville, PA 18031

Bria Monyae Riddick
1634 Silo Hill Lane
Breinigsville, PA 18031

Zachary Zawarski
The Law Office of Zachary Zawarski
1441 Linden Street
Bethlehem, PA 18018

Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532