**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEITH LAMAR RIDDICK | : | |
| SHEILA MARIE SYDNOR-RIDDICK | : | No. 16-13644-ref |
| Debtors | : | |
| | : | |

**ADDENDUM TO DEBTORS' FOURTH AMENDED CHAPTER 13 PLAN**

Debtors, KEITH LAMAR RIDDICK and SHEILA MARIE SYDNOR-RIDDICK, by and through their undersigned counsel, Zachary Zawarski, Esquire, hereby file this Addendum to Debtors' Fourth Amended Chapter 13 Plan:

1. On June 6, 2018, Debtors filed a Fourth Amended Plan.

2. Debtors file this Addendum in order to change plan funding to pay all claims 100%.

Respectfully Submitted,

Date: June 12, 2018    By:    */s/ Zachary Zawarski*
ZACHARY ZAWARSKI, ESQUIRE
3001 Easton Avenue
Bethlehem, PA 18018
Phone: (610) 417-6345
Fax: (610) 465-9790
zzawarski@zawarskilaw.com
Attorney ID No.: 308348
Attorney for Debtors