United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keith Lamar Riddick  
Sheila Marie Sydnor-Riddick  
    Debtors

Case No. 16-13644-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Jun 14, 2018  
                       Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.  
db/jdb       +Keith Lamar Riddick,   Sheila Marie Sydnor-Riddick,   1634 Silo Hill Lane,  
               Breinigsville, PA 18031-1150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com  
        JAMES RANDOLPH WOOD    on behalf of Creditor    City of Allentown and Allentown School District and  
         Public Asset Management, Inc., assignee of the Allentown School District  
         jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com  
        KARINA  VELTER    on behalf of Creditor    US Bank NA amps@manleydeas.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        ZACHARY  ZAWARSKI    on behalf of Debtor Keith Lamar Riddick zzawarski@zawarskilaw.com  
        ZACHARY  ZAWARSKI    on behalf of Joint Debtor Sheila Marie Sydnor-Riddick  
         zzawarski@zawarskilaw.com  
                                                                                 TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Keith Lamar Riddick and Sheila Marie Sydnor−Riddick

       Debtor(s)                                                   Chapter: 13

                                                                             Bankruptcy No: 16−13644−ref

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 14, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                 Richard E. Fehling
                                                                 Chief Judge ,
                                                                 United States Bankruptcy Court