**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEITH LAMAR RIDDICK | : | |
| SHEILA MARIE SYDNOR-RIDDICK | : | No. 16-13644-ref |
| Debtors | : | |
| | : | |

**ORDER APPROVING COMPENSATION**
**TO COUNSEL FOR DEBTORS**

Upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by counsel for Debtors, Zachary Zawarski, Esquire, in the amount of THREE THOUSAND and xx/100 Dollars ($3,000.00), of which ONE THOUSAND and xx/100 Dollars ($1,000.00) has been paid and TWO THOUSAND and xx/100 Dollars ($2,000.00) is unpaid, and the expenses charged in the amount of EIGHT-FOUR and 72/100 Dollars ($84.72), are hereby approved.

**Date: July 12, 2018**

BY THE COURT:

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE