United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13644-ref
Keith Lamar Riddick                                                     Chapter 13
Sheila Marie Sydnor-Riddick
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1            Date Rcvd: Jul 12, 2018
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
db/jdb         +Keith Lamar Riddick,    Sheila Marie Sydnor-Riddick,    1634 Silo Hill Lane,
                 Breinigsville, PA 18031-1150
cr             +City of Allentown and Allentown School District an,   c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, P 19404-3020
cr             +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor   City of Allentown and Allentown School District and
               Public Asset Management, Inc., assignee of the Allentown School District
               jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com
              KARINA  VELTER    on behalf of Creditor    US Bank NA amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY  ZAWARSKI    on behalf of Debtor Keith Lamar Riddick zzawarski@zawarskilaw.com
              ZACHARY  ZAWARSKI    on behalf of Joint Debtor Sheila Marie Sydnor-Riddick
               zzawarski@zawarskilaw.com
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEITH LAMAR RIDDICK | : | |
| SHEILA MARIE SYDNOR-RIDDICK | : | No. 16-13644-ref |
| Debtors | : | |
| | : | |

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTORS

Upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by counsel for Debtors, Zachary Zawarski, Esquire, in the amount of THREE THOUSAND and xx/100 Dollars ($3,000.00), of which ONE THOUSAND and xx/100 Dollars ($1,000.00) has been paid and TWO THOUSAND and xx/100 Dollars ($2,000.00) is unpaid, and the expenses charged in the amount of EIGHT-FOUR and 72/100 Dollars ($84.72), are hereby approved.

BY THE COURT:

**Date: July 12, 2018**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE