*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Keith Lamar Riddick and
Sheila Marie Sydnor–Riddick
    Debtor(s)

Case No: 16–13644–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Objection Filed by Keith Lamar Riddick, Sheila Marie Sydnor–Riddick to the Certification of Default filed by Creditor US Bank NA

on: 11/20/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/30/18

Timothy B. McGrath
Clerk of Court

67 – 66
Form 167