```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                          Case No. 16-13644-ref
Keith Lamar Riddick                                             Chapter 13
Sheila Marie Sydnor-Riddick
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1            Date Rcvd: Oct 30, 2018
                              Form ID: 167            Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db/jdb         +Keith Lamar Riddick,    Sheila Marie Sydnor-Riddick,    1634 Silo Hill Lane,
                 Breinigsville, PA 18031-1150
cr             +City of Allentown and Allentown School District an,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, P 19404-3020
cr             +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
              JAMES RANDOLPH WOOD   on behalf of Creditor    City of Allentown and Allentown School District and
               Public Asset Management, Inc., assignee of the Allentown School District
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              KARINA   VELTER    on behalf of Creditor    US Bank NA amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
              ZACHARY   ZAWARSKI    on behalf of Debtor Keith Lamar Riddick zzawarski@zawarskilaw.com
              ZACHARY   ZAWARSKI    on behalf of Joint Debtor Sheila Marie Sydnor-Riddick
               zzawarski@zawarskilaw.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Keith Lamar Riddick and
Sheila Marie Sydnor−Riddick
      Debtor(s)

Case No: 16−13644−ref

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Objection Filed by Keith Lamar Riddick, Sheila Marie Sydnor−Riddick to the Certification of Default filed by Creditor US Bank NA

on: 11/20/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/30/18

Timothy B. McGrath
Clerk of Court

67 − 66
Form 167