

### Lehigh County Domestic Relations Section

Room 320
455 W. Hamilton Street
Allentown, PA  18101

Julia Parker Greenwood
Director

Telephone: 610-782-3185
Facsimile: 610-782-3725

### PRAECIPE TO WITHDRAW PROOF OF CLAIM

### To United States Bankruptcy Court of Eastern Pennsylvania, Reading Division

As an authorized agent of the Lehigh County Domestic Relations Office, please withdraw the proof of claim #17-1, filed in October 2016 for Bankruptcy case # 16-13644 involving Keith Lamar Riddick. His case has since closed and there are no monies currently owed.

Cynthia Sallustio


Court Operations Officer
Lehigh County Domestic Relations