# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEITH LAMAR RIDDICK | : | |
| SHEILA MARIE SYDNOR-RIDDICK | : | No. 16-13644-ref |
| Debtors | : | |
| | : | |

## ADDENDUM TO DEBTORS' CHAPTER 13 PLAN

Debtors, KEITH LAMAR RIDDICK and SHEILA MARIE SYDNOR-RIDDICK, by and through their undersigned counsel, Zachary Zawarski, Esquire, hereby file this Addendum to Debtors' Chapter 13 Plan:

1. Debtor's confirmed Chapter 13 Plan provides for a priority claim to the Lehigh County Domestic Relations Section in the amount of $1,654.22.

2. On April 4, 2019, the Lehigh County Domestic Relations Section withdrew Proof of Claim No. 17.

3. The Lehigh County Domestic Relations Section also returned to the Chapter 13 Trustee any disbursements received from the Chapter 13 Trustee.

4. The Chapter 13 Trustee shall retain the funds returned by the Lehigh County Domestic Relations Section and distribute the same to Debtors' unsecured creditors.

Respectfully Submitted,

Date: May 14, 2019        By:    */s/ Zachary Zawarski*
ZACHARY ZAWARSKI, ESQUIRE
3001 Easton Avenue
Bethlehem, PA 18018
Phone: (610) 417-6345
Fax: (610) 465-9790
zzawarski@zawarskilaw.com
Attorney ID No.: 308348
Attorney for Debtors