UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

KEITH LAMAR RIDDICK
SHEILA MARIE SYDNOR-RIDDICK
                                                                : Chapter 13

          Debtor(s)                            : Bankruptcy No. 16-13644AMC

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

**Date: October 3, 2019**

_____
Ashely M. Chan, B. J.