United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-13644-amc
Keith Lamar Riddick                                                 Chapter 13
Sheila Marie Sydnor-Riddick
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 3              Date Rcvd: Oct 03, 2019
                              Form ID: pdf900         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
```
db/jdb         +Keith Lamar Riddick,    Sheila Marie Sydnor-Riddick,    1634 Silo Hill Lane,
                 Breinigsville, PA 18031-1150
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +City of Allentown and Allentown School District an,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, P 19404-3020
cr             +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
13773276       +Allentown School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13731522       +Allentown School District,    31 South Penn Street,    Allentown, PA 18102-5489
13773280       +Allentown School District and Public Asset Managem,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
13731524       +Arrow Financial Services, LLC,    C/O Apothaker & Associates, P.C.,    520 Fellowship Road C306,
                 Mount Laurel, NJ 08054-3410
13731526       +Blatt, Hasenmiller, Leibsker & Moore,    1835 Market Street, Suite 501,
                 Philadelphia, PA 19103-2933
13773279       +City of Allentown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13731529       +City of Allentown,    435 Hamilton Street,    Allentown, PA 18101-1603
13776774       +City of Allentown &,    Allentown School District,    Public Asset Mngmt, Inc.,
                 c/o James R. Wood, Esq.,    1000 Sandy Hill Road, Suite 150,    Norristown, PA 19401-4181
13731531      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     1 Dell Way,    Round Rock, TX 78682)
13731533       +Fed Loan Serv,    P.O. Box 60610,    Harrisburg, PA 17106-0610
13813466       #+Lehigh County Domestic Relations,    14 N. 6th Street,    Allentown, PA 18101-1402
13813465       +Lehigh County Domestic Relations,    14 North 16th Street,    Allentown, PA 18102
13731536        Manley Deas Kochalski, LLC,    Kimberly A. Bonner, Esq.,    P.O. Box 165028,
                 Columbus, OH 43216-5028
13731537       +Northeast Revenue Service, LLC,    17 S. 7th Street,    Allentown, PA 18101-2401
13731541      ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
               (address filed with court: People First Federal Credit Union,     2141 Downyflake Lane,
                 Allentown, PA 18103)
13731538       +Patsy D. Harris,    774 Benton Street,    Allentown, PA 18103-5702
13731539       +Paul Michael Marketing,    15916 Union Tpke. Ste. 302,    Flushing, NY 11366-1955
13731542       +Portnoff Law Associates, Ltd.,    P.O. Box 391,    Norristown, PA 19404-0391
13731543       +Public Asset Management, Inc.,    16 Luzerne Ave. W.,    Pittston, PA 18643-2817
13731544       +Torres Credit Services,    27 Fairview St. Ste. 301,    Carlisle, PA 17015-3200
14013277        Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13961457       +Toyota Lease Trust,    c/o Matteo S. Weiner, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13731545       +Toyota Motor Credit Co.,    240 Gibraltar Rd. Ste. 260,    Horsham, PA 19044-2387
13751076       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13809041        U.S. Bank NA,    c/o Wells Fargo Bank, N.A.,    Default Document Processing N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN, 55121-7700
13752026        U.S. Bank NA,    c/o Karina Velter, Esq.,    PO Box 165028,    Columbus, OH 43216-5028
13803708        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA  17106-9184
13731546      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Cir.,
                 Frederick, MD 21701)
14164611       +Zachary Zawarski, Esq.,    3001 Easton Avenue,    Bethlehem, PA 18017-4207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2019 03:07:05      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13823627        E-mail/Text: jwenner@apcifcu.org Oct 04 2019 03:07:05      APCI Federal Credit Union,
                 PO Box 20147,    Lehigh Valley, PA 18002-0147
13731523       +E-mail/Text: jwenner@apcifcu.org Oct 04 2019 03:07:05      APCI Federal Credit Union,
                 7201 Hamilton Blvd.,    Allentown, PA 18195-9642
13739391        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2019 03:16:36
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13731525       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Oct 04 2019 03:07:21
                 Berks Credit & Collections, Inc.,    900 Corporate Drive,    Reading, PA 19605-3340
13731527        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2019 03:05:37
                 Capital One Bank USA, NA,    P.O. Box 85015,    Richmond, VA 23285
```

```
District/off: 0313-4          User: Lisa              Page 2 of 3              Date Rcvd: Oct 03, 2019
                              Form ID: pdf900         Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13754774          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2019 03:05:09
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13731530         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 04 2019 03:06:47
                  Comenity Bank/Victoria's Secret,    220 W. Schrock Rd.,    Westerville, OH 43081-2873
13731531          E-mail/PDF: DellBKNotifications@resurgent.com Oct 04 2019 03:05:41
                  Dell Financial Services, LLC,    1 Dell Way,   Round Rock, TX 78682
13731532         +E-mail/Text: bknotice@ercbpo.com Oct 04 2019 03:07:01      Enhanced Recovery Co LLC,
                  8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
13731534          E-mail/Text: cio.bncmail@irs.gov Oct 04 2019 03:06:45      Internal Revenue Service,
                  Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13731535         +E-mail/Text: cslehigh@pacses.com Oct 04 2019 03:07:17
                  Lehigh County Domestic Relations Section,    14 N. 6th Street,    Allentown, PA 18101-1402
13733479         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2019 03:06:50
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
13731540          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2019 03:06:50
                  Pennsylvania Department of Revenue,    Attn: Bankruptcy Dept.,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
13792392          E-mail/Text: bnc-quantum@quantum3group.com Oct 04 2019 03:06:47
                  Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13757019          E-mail/Text: appebnmailbox@sprint.com Oct 04 2019 03:06:59      Sprint Corp.,
                  Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
13731547         +E-mail/Text: zzawarski@zawarskilaw.com Oct 04 2019 03:07:15      Zachary Zawarski, Esq.,
                  1441 Linden Street,    Bethlehem, PA 18018-2606
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
13762628*        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14004873*        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14068191*        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13731528       ##+Capital Servicing Group,   15025 Glazier Ave. Ste. 20,    Apple Valley, MN 55124-6300
                                                                                        TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Allentown and Allentown School District and
               Public Asset Management, Inc., assignee of the Allentown School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              KARINA  VELTER    on behalf of Creditor    US Bank NA amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: Lisa                 Page 3 of 3                  Date Rcvd: Oct 03, 2019
                              Form ID: pdf900            Total Noticed: 53


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              ZACHARY   ZAWARSKI    on behalf of Joint Debtor Sheila Marie Sydnor-Riddick
               zzawarski@zawarskilaw.com
              ZACHARY   ZAWARSKI    on behalf of Debtor Keith Lamar Riddick zzawarski@zawarskilaw.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                 :

KEITH LAMAR RIDDICK
SHEILA MARIE SYDNOR-RIDDICK
                                                                       : Chapter 13

        Debtor(s)                                       : Bankruptcy No. 16-13644AMC

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

**Date: October 3, 2019**

_____
Ashely M. Chan, B. J.